Bruce Levinson, Plaintiff-Respondent,
against
Garry Levingart, Defendant-Appellant.



Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Carol R. Feinman, J.), entered on or about November 10, 2015, after trial, in favor of plaintiff and awarding him damages in the principal sum of $1,381.25.




Per Curiam.
Judgment (Carol R. Feinman, J.), entered on or about November 10, 2015, modified to reduce plaintiff's damage award to the principal sum of $425; as modified, judgment affirmed, without costs.
The trial court achieved "substantial justice" consistent with substantive law principles (see CCA 1804) in resolving the liability aspect of the small claims action in plaintiff's favor, since the evidence permits a finding that plaintiff did perform some legal services for defendant. However, the record and ends of "substantial justice" support an award of no greater than $425, given that plaintiff's testimony was ambiguous as to the number of hours expended on the matter, and his invoices did not set forth his hourly rate or the billable hours expended.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: January 17, 2017